Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 01 C 1755 | DATE | JUL 12 2001 |
| CASE TITLE | GORDON JOHNSON vs. HULL HOUSE ASSOC., ET AL | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____ .
(3) ☐ Answer brief to motion due_____ . Reply to answer brief due_____ .
(4) ☐ Ruling/Hearing on _____ set for _____ at _____ .
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____ .
(7) ☐ Trial[set for/re-set for] on _____ at _____ .
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____ .
(9) ■ This case is dismissed with prejudice and without costs pursuant to **STIPULATION**.
(10) [Other docket entry]
(11) [For further detail see

| | | |
|---|---|---|
| | No notices required, advised in open court. | |
| | No notices required. | number of notices |
| | Notices mailed by judge's staff. | JUL 24 2001 date docketed |
| | Notified counsel by telephone. | |
| ✓ | Docketing to mail notices. | UWJ docketing deputy initials |
| | Mail AO 450 form. | |
| | Copy to judge/magistrate judge. | FILED FOR DOCKETING JUL 24 2001 date mailed notice |
| DW | courtroom deputy's initials | 01 JUL 23 PM 5:14 Date/time received in central Clerk's Office | UWJ mailing deputy initials |

Document Number: 15